UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20249-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CARLOS JOSE MARTIN GOMEZ**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea [ECF No. 28], and the parties' Joint Notice of Non-Objection to the Report and Recommendation on Change of Plea [ECF No. 29]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 28]** is **AFFIRMED AND ADOPTED**, and Defendant's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 17th day of October, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Melissa Damian